AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED
U.S. DISTRICT COURT
2019 JUN -6 ⌐ 12:58
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUN 03 2019
D. MARK JONES, CLERK
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:19mj393 PMW |
| SCOTT BRIAN HAVEN | ) | |
| Defendant | ) | |

**ORIGINAL SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Scott Brian Haven ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Threats in Interstate Commerce in violation of 18 U.S.C. 875(c)

Date: 3 June 2019

_____
Issuing officer's signature

City and state: Salt Lake City, Utah

Chief United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-3-19 , and the person was arrested on *(date)* 6-5-19
at *(city and state)* _____ .

Date: 6/5/19

_____
Arresting officer's signature

SDUSM Dean, Brittany
*Printed name and title*