JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
S. DISTRICT COURT

2019 JUN 12  P 12: 26

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | |
| vs. | VIOLATION: |
| SCOTT BRIAN HAVEN, | 18 U.S.C. § 875(c), Interstate Threat to Injure |
| Defendant. | Case: 1:19-cr-00060<br>Assigned To : Waddoups, Clark<br>Assign. Date : 6/12/2019<br>Description: USA v. Haven |

The Grand Jury Charges:

### COUNT I
(18 U.S.C. § 875(c))
(Interstate Threat to Injure)

On or about May 23, 2019, in the District of Utah,

SCOTT BRIAN HAVEN,

defendant herein, did knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit: he phoned the Washington, D.C. office for a member of Congress, and stated "I am going to shoot him in

the head. I'm going to do it now, are you ready?" and then ended the call; all in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
JENNIFER E. GULLY
Assistant United States Attorney