MARK R. MOFFAT (#5112)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: mark@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | NOTICE OF APPEARANCE |
|---|---|
| Plaintiff, | |
| v. | Case No.  1:19-CR-60-CW |
| SCOTT BRIAN HAVEN, | Judge Clark Waddoups |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that attorney Mark R. Moffat hereby enters his appearance as counsel for the defendant, Scott Brian Haven.

DATED this 12th of June, 2019.

/s/ *Mark R. Moffat*
MARK R. MOFFAT
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 12th of June, 2019, a true and correct copy of the foregoing *Notice of Appearance* was served via electronic filing to the following:

United States Attorney's Office
111 Main St #1800
Salt Lake City, Utah 84111

/s/ *Levi Barrett*

\\bbmserver16\Shared\MRM\P\6873.wpd