SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Public Defender (#5546)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah   84101
Telephone: (801) 524-4010
Facsimile: (801) 524-4060

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BRIAN HAVEN,<br><br>Defendant. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No. 1:19 CR 60 CW<br><br>Honorable Clark Waddoups |

Robert L. Steele, Assistant Federal Defender, moves the Court as follows:

1. On June 5, 2019, the Utah Federal Public Defender Office was appointed by the Court to represent defendant, Scott Brian Haven, in the above-referenced matter.

2. A Notice of Appearance was filed by retained counsel, Mark R. Moffatt, on behalf of defendant on June 12, 2019.

3. Accordingly, the undersigned Assistant Federal Defender requests leave to withdraw as counsel of record for the defendant.

DATED this 13th day of June, 2019.

/ s / *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Defender