JOHN W. HUBER, United States Attorney (#7226)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | Case No.  1:19-CR-00060-CW |
|---|---|
| Plaintiff, | UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR |
| v. | |
| SCOTT BRIAN HAVEN, | JUDGE CLARK WADDOUPS |
| Defendant. | |

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 13th day of JUNE, 2019.

        JOHN W. HUBER
        United States Attorney

        */s/JENNIFER E. GULLY*
        JENNIFER E. GULLY
        Assistant United States Attorney

–1–