IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BRIAN HAVEN,<br><br>Defendant. | **ORDER ALLOWING WITHDRAWAL OF COUNSEL**<br><br>Case No. 1:19 CR 60 CW<br><br>Honorable Clark Waddoups |

Based on motion of counsel, Robert L. Steele, and good cause shown;

IT IS HEREBY ORDERED that Robert L. Steele is granted leave to withdraw as counsel of record for defendant, Scott Brian Haven.

DATED this 14th day of June, 2019.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Court Judge