MARK R. MOFFAT (#5112)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: mark@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BRIAN HAVEN,<br><br>Defendant. | MOTION TO ALLOW PSYCHOLOGIST TO VISIT DEFENDANT<br><br>Case No. 1:19-CR-60-CW<br><br>Judge Clark Waddoups |
|---|---|

Defendant, Scott Brian Haven, by and through his counsel of record, Mark R. Moffat, moves this Court to allow Dr. David Moulton to visit the defendant at the Weber County Jail to conduct interviews and testing to evaluate Mr. Haven. Defendant also requests that doctoral students from the University of Utah Psychology Department under Dr. Moulton's supervision be allowed to visit the defendant. Due to the nature of the evaluation, it is anticipated that two visits will be necessary.

DATED this 17th of June, 2019.

/s/ *Mark R. Moffat*
MARK R. MOFFAT
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th of June, 2019, a true and correct copy of the foregoing *Motion to Allow Psychologist to Visit Defendant* was served via electronic filing to the following:

United States Attorney's Office
111 Main St #1800
Salt Lake City, Utah 84111

                                                  /s/ *Levi Barrett*