MARK R. MOFFAT (#5112)
Attorney for Defendant
BROWN, BRADSHAW & MOFFAT, LLP
422 North 300 West
Salt Lake City, Utah 84103
Telephone: (801) 532-5297
Facsimile: (801) 532-5298
Email: mark@brownbradshaw.com

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. SCOTT BRIAN HAVEN, Defendant. | ORDER TO ALLOW PSYCHOLOGIST TO VISIT DEFENDANT  Case No. 1:19-CR-60-CW  Judge Clark Waddoups |
|---|---|

Based upon the motion of the defendant, Scott Brian Haven, and good cause shown;

IT IS HEREBY ORDERED that Dr. David Moulton and any doctoral students from the University of Utah Psychology Department under his supervision be allowed to visit the defendant at the Weber County Jail to conduct testing and interviews to evaluate Mr. Haven. Dr. Moulton shall be allowed multiple visits in order to complete the evaluation.

DATED this 17th of June, 2019.

BY THE COURT:

_____
HONORABLE CLARK WADDOUPS