AO 442

# United States District Court
for the
District of Utah

FILED
U.S. DISTRICT COURT
2019 NOV -7 A 11: 19
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

ORIGINAL

| UNITED STATES OF AMERICA | |
|---|---|
| V. | Case No: **1:19-CR-00060 CW** |
| **Scott Brian Haven** | |

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **SCOTT BRIAN HAVEN**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Interstate Threat to Injure**

in violation of   **18:875(c)**   United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | June 12, 2019 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Aimee Trujillo | |
| Deputy Clerk | |

Bail fixed _____ by _____
                                   Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED<br>6-12-19 | NAME AND TITLE OF ARRESTING OFFICER<br>T. Davis DUSM | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
| DATE OF ARREST<br>6-13-19 | | |