PS 42
(D/UT 07/15)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| United States of America<br>Plaintiff,<br>vs.<br>Scott Brian Haven<br>Defendant | )<br>)<br>)<br>)<br>) | Docket No.:1:19CR00060-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Scott Brian Haven_, have discussed with _Jacob King_, Pretrial Services Officer, modifications of my Pretrial release conditions as follows:

**"The defendant must submit to drug/alcohol testing as directed by the pretrial officer. The defendant shall pay all or part of the cost of drug testing."**

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  12-9-19         _[signature] Jacob D King_  12/09/2019
Defendant      Date            Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                    12-10-2019
Defense Counsel                                  Date

---

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  12/11/19

☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                    12/11/19
Honorable Paul M. Warner                         Date
Chief U.S. Magistrate Judge