JOHN W. HUBER, United States Attorney (#7226)
JENNIFER E. GULLY, Assistant United States Attorney (#15453)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. SCOTT BRIAN HAVEN, Defendant. | Case No. 2:19-cr-60 <br><br> STIPULATED MOTION TO CONTINUE SENTENCING <br><br> Hon. Clark Waddoups <br> United States District Court Judge |
|---|---|

The United States of America and counsel for Mr. Haven respectfully request that, due to scheduling conflicts of counsel, the Court continue the hearing date scheduled for Mr. Haven's sentencing.  Sentencing currently is set for January 28, 2020 at 2:00 p.m. (Dkt. No. 47.) The issues involved with Mr. Haven's case and sentencing are unique and continuity of counsel is needed to promote justice and efficiency at the hearing.

RESPECTFULLY SUBMITTED on 27th day of January, 2020.

JOHN W. HUBER
United States Attorney


*/s/Jennifer E. Gully*
JENNIFER E. GULLY
Assistant United States Attorney