IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT BRIAN HAVEN,<br><br>　　　Defendant. | Case No. 1:19-cr-60<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE SENTENCING<br><br>Hon. Clark Waddoups<br>United States District Court Judge |

　　Before the court is the parties' stipulated Motion to Continue Mr. Haven's sentencing currently set for January 28, 2020 at 2:00 p.m. (ECF No. 48). Based on the agreement of the parties, the court GRANTS the Stipulated Motion. The Sentencing is HEREBY RESET for March 4, 2020 at 4:00 p.m.

　　DATED this 27th day of January, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　United States District Judge