12A

UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender: **Scott Brian Haven**                    Docket Number: **1:19CR00060-001**

Name of Sentencing Judicial Officer:    **Honorable Clark Waddoups**
**Senior U.S. District Judge**

Date of Original Sentence: **March 4, 2020**
Original Offense:    **Transmission of Threats to Injure**
Original Sentence:   **Time Served/Three Years Supervised Release**

Type of Supervision: **Supervised Release**          Current Supervision Began: **March 4, 2020**

## SUPERVISION SUMMARY

On November 12, 2019, the defendant was released on pretrial supervision and ordered to surrender any passport to the United States Clerk of the Court, District of Utah, which he did. On March 4, 2020, the defendant was sentenced to credit for time served and began his term of supervised release. The defendant wants to obtain his passport from the Clerk of the Court and understands that he cannot travel outside the United States without the Court's approval.

The U.S. Probation Office does not have any objection to the return of the defendant's passport.

If the Court desires more information or another course of action, please contact me at (801) 535-2742.

I declare under penalty of perjury that the foregoing is true and correct.

by Dusten Russell
U.S. Probation Officer
March 10, 2020

**THE COURT:**

☒ Approves the request noted above
☐ Denies the request noted above
☐ Other

Honorable Clark Waddoups
Senior United States District Judge

Date: March 10, 2020