PROB 35                                                **Report and Order Terminating Probation Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF UTAH

UNITED STATES OF AMERICA

        v.                              Docket Number: 1:19CR00060-001-CW

Scott Brian Haven

On March 4, 2020, the above-named defendant was placed on supervised release for a period of 36 months. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. Accordingly, it is recommended the defendant be discharged from supervision.

                                          Respectfully submitted,

                                          Casey Hardy Franson
                                          U.S. Probation Administrative Assistant

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this 22nd day of November, 2021.

                                          Honorable Clark Waddoups
                                          Senior United States District Judge