UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

# Report on Offender Under Supervision

Name of Offender:    **Scott Brian Haven**                          Docket Number:    **1:19CR00060-001-CW**

Name of Sentencing Judicial Officer:            **Honorable Clark Waddoups**
                                                **Senior U.S. District Judge**

Date of Original Sentence:    **March 4, 2020**

Original Offense:    **Transmission of Threats to Injure**

Original Sentence:    **Time Served/ 36 Months Supervised Release**

Type of Supervision:    **Supervised Release**            Current Supervision Began: **March 4, 2020**

## SUPERVISION SUMMARY

Pursuant to Mr. Haven's letter (attached) requesting early termination of supervision, the following is submitted for the Court's consideration. The regularly scheduled supervision expiration date is March 23, 2023.

The Guide to Judiciary Policy, Volume 8, Part E, Chapter 3, Section 360.20, sets forth general criteria in six categories for assessing whether a statutorily eligible defendant should be recommended to the Court as an appropriate candidate for early termination. The defendant appears to meet all six areas of general criteria for assessing early termination.

1. The person does not meet the criteria of a career drug offender or career criminal (as described in 28 U.S.C. § 994(h)) or has not committed a sex offense or engaged in terrorism;
2. The person presents no identified risk of harm to the public or victims;
3. The person is free from any court-reported violations over a 12-month period;
4. The person demonstrates the ability to lawfully self-manage beyond the period of supervision;
5. The person is in substantial compliance with all conditions of supervision; and
6. The person engages in appropriate prosocial activities and receives sufficient prosocial support to remain lawful well beyond the period of supervision.

Mr. Haven has made very positive adjustments to supervision. He has maintained stable employment and housing throughout his supervision thus far. He has been cooperative, compliant, and responsive to Probation, reporting in detail each month as requested. He has had no known instances of non-compliance and no new arrests. All supervision conditions have been satisfied and he is viewed as a low risk to engage in future criminal activity.

On November 19, 2021, contact was made with Assistant U.S. Attorney, Jennifer Gully. Ms. Gully indicates the government has no objection and defers to the position of the Probation Office in this matter.

The U.S. Probation Office supports early termination based on the information outlined above. If the Court concurs a Prob Form 35 is attached for signature.

If the court desires more information or another course of action, please contact me at 801-535-2729.

I declare under penalty of perjury that the foregoing is true and correct.

by   Casey Hardy Franson
     U.S. Probation Administrative Assistant
     November 22, 2021

Revised 12/17