IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT BRIAN HAVEN,<br><br>Defendant. | **ORDER DENYING MOTION TO REDUCE CONVICTION**<br><br>Case No.  1:19-cr-00060-CW<br><br>Judge Clark Waddoups |

On February 22, 2023, Defendant Scott Brian Haven filed a motion with the court seeking a reduction of his conviction from a felony to a misdemeanor. (ECF No. 57.) The motion relies exclusively on citations to Utah law and cites, as grounds for the relief requested, (1) the interference Defendant's felony conviction has caused with his prospects for employment, (2) the potential interference Defendant's conviction may have on his ability to travel internationally, and (3) his reformation.

While the court is sympathetic to the difficulties Defendant may experience as a collateral result of his felony conviction, and is pleased with his efforts to reform, Defendant has failed to cite any federal law that would support the conclusion that the court has the authority to modify Defendant's conviction in the manner requested. The court is also unaware of any federal legal authority that would permit granting the relief requested.

The Utah state law cited by Defendant is not applicable to Defendant's federal conviction.

2

The court, therefore, DENIES Defendant's motion to reduce his conviction from a felony to a misdemeanor on the grounds that it does not have authority to grant such relief.

ENTERED this 10th day of May, 2023.

BY THE COURT:

_____
Clark Waddoups
United States District Judge